Henderson, Judge.
 

 — I can see no grounds upon which the report of the Master can be sustained. That 110 cause is assigned, why items originally inserted in an account, were obliterated, is certainly a very insufficient reason for reinstating them; in the absence of all evidence to prove the propriety, of originally inserting them.
 

 As to the objection that the report was not excepted to in the Court below, we cannot shut our eyes to the unsatisfactory reasons assigned by the Master. In such a case exceptions are unnecessary
 
 ;
 
 they would only point out that which is suilicientfy obvious. Besides, this being a bill to surcharge and falsify, it is, in its very nature, an exception as to the items complained of, and in the laxity of practice, as yet allowed in this State, in a report like the present, we will look into it without formal exceptions. The decree must be revised, and the cause remanded.
 

 Per Curiam.
 

 — Decree reversed, and the cause remanded.
 

 
 *64
 
 r